Thomas M. Olejniczak
Frederick L. Schmidt
R. George Burnett
Gregory A. Grobe
Tori L. Kluess
Robert M. Charles
Brick N. Murphy
Jodi Arndt Labs
David H. Weber
Ross W. Townsend
Michele M. McKinnon
Kurt A. Goehre
James M. Ledvina
Steven J. Krueger
Robert R. Gagan
Matthew M. Van Nuland
Laura J. Beck
Jill J. Ray
Joshua M. Koch
John M. Calewarts
Bryant M. Dorsey
Laina P. Stuebner
Maxwell R. Krenke
Shane A. Anderson

# Law Firm of
## CONWAY, OLEJNICZAK & JERRY, S.C.

Since 1976

Retired:
J. Michael Jerry

Gregory B. Conway
1944-2017 (Founder)

Telephone: (920) 437-0476

Facsimile: (920) 437-2868

KAG@lcojlaw.com

www.lcojlaw.com

February 22, 2021

Honorable William C. Griesbach
U.S. District Court Eastern District
Green Bay Division
125 S. Jefferson Street
Green Bay, WI 54301

Re: **Joseph Faskell vs. Hawk Trailers, Inc.**
**Case Number 20-cv-1473**

Dear Judge Griesbach:

This correspondence serves to advise the Court that the above-captioned matter has been resolved between the parties and that dismissal documents are forthcoming. Please feel free to contact me with any questions or concerns. Thank you.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**

By: _____
     Kurt A. Goehre

KAG:bld
cc: Hawk Trailers Inc.
442015.062:#3709167

231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Phone: 920.437.0476 • Fax: 920.437.2868
www.lcojlaw.com
Case 1:20-cv-01473-WCG   Filed 02/22/21   Page 1 of 1   Document 17