UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

JOSEPH FASKELL,

    Plaintiff,                                            Case No. 20-cv-1473

v.

HAWK TRAILERS INC.,

    Defendant

---

## **VOLUNTARY STIPULATION OF DIMISSAL WITH PREJUDICE**

---

The parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter be dismissed with prejudice and on the merits, without costs, fees, or expenses to either party.

*Attorneys for Plaintiff, Joseph Faskell*

Dated: March 3, 2021                By:   *Scott S. Luzi*
                                                     Scott S. Luzi, SBN 1067405
                                                     Walcheske & Luzi, LLC
                                                     235 N. Executive Drive, Suite 240
                                                     Brookfield, Wisconsin 53005
                                                     Telephone: (262) 780-1953
                                                     Email: sluzi@walcheskeluzi.com

*Attorneys for Defendant, Hawk Trailers Inc.*

Dated: March 3, 2021                By: *Electronically signed by Kurt A. Goehre*
                                                   Kurt A. Goehre, SBN 1068003
                                                   Conway, Olejniczak & Jerry, S.C.
                                                   231 S. Adams Street
                                                   P.O. Box 23200
                                                   Green Bay, Wisconsin 54305
                                                   Telephone: (920) 437-0476
                                                   Email: kag@lcojlaw.com